IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,

    Plaintiff,

-vs-

Perez,

    Defendant.

Case No. 3:12-CR-131-141

Violation # _____

Magistrate Judge Newman

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Possession of Drugs in violation of 21 USC § 844a, made in Count 1 of the Information or made in Violation Notice # _____ is hereby AMENDED to charge Drug Paraphernalia Offense in violation of O.R.C. § 2925.14 (18 USC §§ 7-13).

IT IS SO ORDERED.

Date: 10 Apr 13

Michael Newman
United States Magistrate Judge
4/10/13

Assistant United States Attorney